UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR-09-501-RHW | Date | June 22, 2011 |
|---|---|---|---|

| Present: The Honorable | ROBERT H. WHALEY, JUDGE, SITTING BY DESIGNATION |
|---|---|
| Interpreter | N/A |

| Michelle Fox | Wil Wilcox | Angela Sanneman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SAMUEL JONES, III | X | | X | Michael Nasatir | X | | X |
| | | | | Richard Hirsch | X | | X |

**Proceedings:**   **Sentencing Hearing**

A. Sanneman presents argument.  COURT: nothing in record to support issue.

Defendant no changes in presentence report.  Defendant speaks to the Court.

COURT addresses guidelines. No criminal history.

M. Nasatir presents argument.

A. Sanneman presents argument.  Submit on papers.

COURT speaks to defendant.  Advisory guidelines.  Rules on amount of drugs, safety valve.  Waives appeal if less than 15 years.  **Sentence defendant to 1 year and a day, 3 years Supervised Release.  Waive fine. $100 SPA.**  Impose conditions as outlined by probation, search provisions, drug treatment, testing, alcohol treatment.  Defendant may self report to institution once designated.

Defendant speaks to the Court.   Counsel recommends Lompoc for residential alcohol program.  Court asks counsel to research institution and submit letter stating why Lompoc.

Recess 11:00 am.

:   60 min.

Initials of Deputy Clerk      mf

cc:   US Probation Office